UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL HILARIO ALCANTARA *ex rel.* DAVID HILARIO SALAZAR,

                          Petitioner,

          -v-

WARDEN, *et al.*,

                          Respondents.

26-CV-6010 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On July 15, 2026, Petitioner Daniel Hilario Alcantara, through next friend David Hilario

Salazar, filed a Petition for a writ of *habeas corpus* under 28 U.S.C. § 2241.  (ECF No. 1.)  The

Court subsequently ordered the Government to answer the Petition on or before July 21, 2026.

(ECF No. 3.)  The Government's answer states that, "because this Office has not received

sufficient documentation from ICE, including a copy of Petitioner's prior removal order that has

been reinstated, we submit this letter of non-opposition to the petition's request for an order

directing his immediate release."  (ECF No. 8.)

Accordingly, the unopposed petition for a writ of habeas corpus is GRANTED.

Respondents are hereby ORDERED to immediately release Daniel Hilario Alcantara from

custody and to certify compliance with this order by filing an entry on the docket no later than

12:00 p.m. on July 23, 2026.

The conference previously scheduled for July 22, 2026 at 11:30 a.m. is hereby adjourned.

SO ORDERED.

Dated: July 22, 2026
       New York, New York

_____
        J. PAUL OETKEN
     United States District Judge