**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

DANIEL HILARIO ALCANTARA ex rel. DAVID HILARIO SALAZAR,

Petitioner,

26 **CIVIL** 6010 (JPO)

-against-

# JUDGMENT

WARDEN, et al.,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated July 22, 2026 and July 23, 2026, the unopposed petition for a writ of habeas corpus is GRANTED. Respondents are hereby ORDERED to immediately release Daniel Hilario Alcantara from custody; accordingly, the case is closed.

**DATED:** New York, New York
July 24, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**